UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>DEBRA E. HARMS,<br><br>      Defendant. | Case No. 12-cv-40118-JPG |

## MEMORANDUM AND ORDER

    This matter comes before the Court on a letter received from defendant Debra E. Harms, which the Court construes as a motion to modify the judgment (Doc. 139).   Harms asks the Court to give her sentencing credit for time she served in drug abuse treatment before being sent to prison.

    The Court **DISMISSES** the motion (Doc. 139).   The Court has entered final judgment in this case and no longer has jurisdiction to modify that judgment in these circumstances.   Should the defendant dispute the way the Bureau of Prisons is giving her credit for time served under 28 U.S.C. § 3585(b), she may file a petition under 28 U.S.C. § 2241 in the district in which she is incarcerated after exhausting her administrative remedies.

**IT IS SO ORDERED.**
**DATED:   January 27, 2016**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**